UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RICHARD SCOTT,

                Plaintiff,

    v.

DR. LEE,

                Defendant.

CASE NO. C26-5211-JCC-BAT

**ORDER GRANTING PLAINTIFF'S MOTION TO WITHDRAW AMENDED COMPLAINT**

The Court **GRANTS** plaintiff's motion to withdraw the amended complaint. **Dkt. 8**. The Court **STRIKES** the amended complaint filed at **Docket Number 7**. The operative complaint is the original one at Docket Number 1. Defendant has filed a waiver of service of summons with reference to the original complaint and the dates indicated within that waiver remain in effect. Dkt. 6.

DATED this 7th day of April, 2026.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER GRANTING PLAINTIFF'S MOTION
TO WITHDRAW AMENDED COMPLAINT -
1