UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RICHARD SCOTT,

                    Plaintiff,

      v.

DR. LEE,

                    Defendant.

CASE NO. C26-5211-JCC

**ORDER**

Having reviewed, *de novo*, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and ORDERS:

(1)    The Court ADOPTS the Report and Recommendation.

(2)    Plaintiff's action is DISMISSED WITH PREJUDICE for failure to state a claim, Fed. R. Civ. P. 12(b)(6).

(3)    The Clerk is directed to send copies of this Order to the parties and to Judge Tsuchida.

//

//

ORDER - 1

Dated 6th day July 2026.

_____
JOHN C. COUGHENOUR
United States District Judge

ORDER - 2